IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VIRGIL R. GIBSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-219-C |
| | ) | |
| TRACY McCOLLUM, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on March 20, 2015. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and, for the reasons announced therein, Plaintiff's petition for writ of habeas corpus will be dismissed, without prejudice, for failure to state a claim upon which relief can be granted, unless Plaintiff elects to amend the petition within 20 days to cure the defect.

IT IS SO ORDERED this 21st day of April, 2015.

ROBIN J. CAUTHRON
United States District Judge